# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **GRANT PAUL DALTON,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:23-cv-00039-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **ALAN Z. THORNBURG,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 30, 2023 Memorandum of Decision and Order.

August 30, 2023

Katherine Hord Simon, Clerk
United States District Court